IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>FRANKLIN GOODWIN,  )<br>)<br>Defendant.  )<br>) | Case No.  07-20168-JWL |

## MEMORANDUM AND ORDER

Defendant Franklin Goodwin comes before the court with a Motion to Preserve Issues (doc. 1458).  He seeks to preserve issues raised by the Supreme Court's ruling in *DePierre v. United States*, 131 S. Ct. 225 (2011), so that he may include the issues in his petition for habeas corpus.  A Motion to Preserve Issues is not a cognizable claim for post-conviction relief.  If Mr. Goodwin wishes to pursue this claim, he should include it in a timely filed petition for habeas corpus pursuant to 28 U.S.C. § 2255.

**IT IS THEREFORE ORDERED BY THE COURT** that defendant's Motion to Preserve Issues (doc. 1458) is dismissed without prejudice.

**IT IS SO ORDERED** this 13th day of June, 2012.

s/ John W. Lungstrum
John W. Lungstrum
United States District Judge