FILED
United States Court of Appeals
Tenth Circuit

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

September 27, 2016

Elisabeth A. Shumaker
Clerk of Court

———————————————

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

v.

FRANKLIN GOODWIN, JR.,

   Defendant - Appellant.

No. 16-3285

———————————————

**ORDER**

———————————————

   This matter is before the court on Appellant Franklin Goodwin, Jr.'s *Motion to Hear Case on a Designated Record*, which is construed as a motion to proceed on a record on appeal pursuant to 10th Cir. R. 30.3(C). Appellant also offers to designate the record on appeal. The motion is unopposed.

   Upon consideration, the motion is granted. **Within 7 days** from the date of this order, Appellant shall file a designation of record in the district court with a copy in this court in accordance with 10th Cir. R. 10.2. The clerk of the district court is directed to prepare and transmit the record designated by Appellant within 14 days after the designation is filed.

   The deadline for Appellant to file his opening brief is VACATED. Appellant's

opening brief and request for a certificate of appealability will be due 30 days after the record on appeal is filed in this court.

    Entered for the Court
    ELISABETH A. SHUMAKER, Clerk

    *Jane K. Castro*

    by: Jane K. Castro
        Counsel to the Clerk