FILED  
United States Court of Appeals  
Tenth Circuit  

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

January 25, 2017

Elisabeth A. Shumaker  
Clerk of Court

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

FRANKLIN GOODWIN, JR.,

    Defendant - Appellant.

No. 16-3285  
(D.C. No. 2:07-CR-20168-JWL-24)  
(D. Kan.)

_____

**ORDER**

_____

This matter is before the court on appellant's request to withdraw the captioned appeal. The motion is granted. The appeal is dismissed pursuant to 10th Cir. R. 46.3(C).

A copy of this order shall stand as and for the mandate of this court.

Entered for the Court

*Elisabeth A. Shumaker*

ELISABETH A. SHUMAKER, Clerk